UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLOUDCLINIC LLC,<br><br>                      Plaintiff,<br><br>v.<br><br>THERAPETIC SOLUTIONS, INC., et al.,<br><br>                      Defendants. | Case No.: 17-CV-1293-JLS (NLS)<br><br>**ORDER REQUESTING BRIEFING ON PERSONAL JURISDICTION**<br><br>(ECF No. 17) |

Plaintiff has filed a Motion requesting the Court enter default judgment against Defendants TheraPetic Solutions and Richard Strauski, (ECF No. 17). The Court must have personal jurisdiction over each of the Defaulting Defendants before it may enter entry of default judgment, or else entry of default judgment is void. *See Bittorrent, Inc. v. Bittorrent Mktg. GMBH*, No. 12-CV-02525-BLF, 2014 WL 5773197, at \*3 (N.D. Cal. Nov. 5, 2014) (citing *Veeck v. Commodity Enters., Inc.*, 487 F.2d 423, 426 (9th Cir. 1973)). Plaintiff did not address personal jurisdiction in its Motion and only included a general paragraph on the issue in its Complaint. Plaintiff **SHALL** file a supplemental brief as to

///

///

why the Court has personal jurisdiction over the two Defaulting Defendants.  The brief **SHALL** be filed <u>on or before March 12, 2018</u> and is not to exceed ten pages in length.

    **IT IS SO ORDERED.**

Dated:  February 26, 2018

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge