

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| CloudClinic LLC, a Delaware limited liability company | Civil Action No.   17cv1293-JLS-NLS |
| **Plaintiff,** | |
| **V.** | |
| (See Attachment) | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court enters Judgment in favor of Plaintiff against Defendants Richard Strauski and TheraPetic Solutions, Inc.

**Date:**     5/22/18

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By: s/ M. Lozano

M. Lozano, Deputy

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

**Civil Action No.**  17cv1293-JLS-NLS

Therapetic Solutions, Inc., an unknown business entity; Richard Strauski, an individual; DOES 1-30