

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CloudClinic LLC, a Delaware limited liability company<br><br>**Plaintiff,**<br>V.<br>(See Attachment)<br><br>**Defendant.** | Civil Action No.   17cv1293-JLS-NLS<br><br>**AMENDED JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court: 1. GRANTS Plaintiff's Motion for Default Judgment; 2. GRANTS Plaintiff's request for an injunction. Defendants and each of their respective employees, agents, partners, officers, directors, owners, shareholders, principals, subsidiaries, related companies, affiliates, distributors, dealers, alter-egos, and all persons in active concert or participation with any of them are HEREBY ENJOINED from further use of Plaintiff's mark CERTAPET or any confusingly similar term, phrase or domain name, including those using the word certa or the word pet; 3. GRANTS Plaintiff's request that Defendants transfer to Plaintiff the domain names certapet.org and certapets.com; 4. ENTERS Judgment in favor of Plaintiff against Defendants Richard Strauski and TheraPetic Solutions, Inc.; 5. AWARDS Plaintiff damages in the amount of $100,000; 6. AWARDS Plaintiff reasonable attorney's fees in the amount of $49,080; 7. AWARDS Plaintiff costs in the amount of $400; 8. Defendants' liability for the total amount is joint and several.

**Date:**   6/12/18

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  M. Lozano
M. Lozano, Deputy

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

**Civil Action No.**  17cv1293-JLS-NLS

Therapetic Solutions, Inc., an unknown business entity; Richard Strauski, an individual; DOES 1-30